**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Refujio PUGA, Defendant–Appellant.**

**No. 03–20287.**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

May 6, 2004.

James Lee Turner, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Refujio Puga, Beaumont, TX, pro se.

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.\*

The attorney appointed to represent Refujio Puga on direct appeal has filed a

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

motion to withdraw and a brief pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Puga has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.